UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT STEVEN PRICE,**

    Plaintiff,

v.                                   Case No. 5:24cv64-TKW-MJF

**JOE PAUL, et al.,**

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) because the amended complaint violates the local rules and is an improper shotgun pleading. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b).

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**